**Frank BOSTON, Plaintiff—Appellant,**

v.

**Warden A.J. PADULA, Lee Correctional Institution; Ms. Livingston, Law Librarian at Lee Correctional Institution, Defendants—Appellees.**

No. 07–7739.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

Frank Boston, Appellant Pro Se. John Betts McCutcheon, Jr., Lisa Arlene Thomas, McCutcheon, McCutcheon & Baxter, PA, Conway, South Carolina, for Appellees.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Frank Boston appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action and a subsequent order denying his motion to alter or amend judgment. We have reviewed the

---

record and the district court's opinion declining to accept the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boston v. Padula,* No. 9:07–cv–00950–PMD (D.S.C. Oct. 10 & Nov. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*